IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

DAVID PAIZ JONES,

    Plaintiff,

v.                                 2:21-CV-212-Z-BR

CASEY PADILLA, *et al.*,

    Defendants.

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION AND DISMISSING CIVIL RIGHTS CLAIM

Before the Court are the findings, conclusions, and recommendation ("FCR") of the United States Magistrate Judge to dismiss the civil rights claim filed by Plaintiff. ECF No. 19. Objections to the findings, conclusions, and recommendation have been filed. ECF No. 26.[1] After making an independent review of the pleadings, files, records, and objections in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and the case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

September 11, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff filed a response to Defendant's Motion to Dismiss (ECF No. 26), which the Court will — out of an abundance of caution — consider as objections to the FCR.